# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA, | CASE NO. 1:08-cv-00520-AWI-DLB PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTIONS FOR STAY AND EXTENSION OF TIME TO CONDUCT DISCOVERY |
| v. | |
| DERRAL ADAMS, | (Docs. 19, 22) |
| Defendant. | |

Plaintiff Aasim Nia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed April 16, 2008, against Defendant Derral Adams for violation of the Equal Protection Clause of the Fourteenth Amendment.

On October 16, 2009, Plaintiff filed a motion for stay of the proceedings and revisal of the scheduling order. Plaintiff has been in and out of administrative segregation and had not received all his property, including documents pertaining to this case. On November 24, 2009, Plaintiff filed a motion for extension of time to conduct discovery citing the same issues.

The Court does not find that the discovery and scheduling order needs to be modified at this time. The discovery cutoff deadline is February 17, 2010. Plaintiff thus has two months to complete his discovery. If at a later time, Plaintiff needs more time to complete discovery, Plaintiff may file another motion for extension of time which demonstrates good cause.

1

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions, filed on October 16,
2 2009, and November 24, 2009, are DISREGARDED.
3  IT IS SO ORDERED.
4  Dated:  **December 15, 2009**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE