# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA, | CASE NO. 1:08-CV-00520-AWI-DLB PC |
| Plaintiff, | ORDER GRANTING MODIFICATION OF PRETRIAL ORDER |
| v. | (Doc. 57) |
| DERRAL ADAMS, | Meet And Confer Deadline: January 25, 2011 |
| Defendant. | |

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant's motion to modify the pretrial order is GRANTED. The parties are to meet and confer regarding trial exhibits by January 25, 2011.

IT IS SO ORDERED.

Dated: January 21, 2011

CHIEF UNITED STATES DISTRICT JUDGE