# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DERRAL ADAMS,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:08-CV-00520-LJO-DLB PC<br><br>ORDER SETTING JURY TRIAL AND MOTIONS IN LIMINE HEARING DATE<br><br><u>Jury Trial and Motions In Limine Hearing Date</u>: **Tuesday, February 22, 2011,** at 8:30 AM in Courtroom 4 before the Honorable Lawrence J. O'Neill |

　　　Plaintiff Aasim Nia is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  This action is proceeding against Defendant Derral Adams for violation of the Equal Protection Clause of the Fourteenth Amendment.  This matter is set for jury trial.  This case was recently reassigned to the undersigned.

　　　It is HEREBY ORDERED that the jury trial and motions in limine hearing in this case is confirmed for **Tuesday, February 22, 2011 at 8:30 AM** in Courtroom 4 before the Honorable Lawrence J. O'Neill.  Any reference to a jury trial date of Wednesday, February 23, 2011 should be disregarded.  Amended orders and writs of habeas ad testificandum will be subsequently issued.

IT IS SO ORDERED.

**Dated:　February 10, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1