

**FILED**

FEB 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AASIM NIA,** | Case No. 1:08-cv-00520-LJO-DLB (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON FEBRUARY 23, 2011 AT 8:00 A.M. |
| v. | |
| **DERRAL ADAMS,** | |
| Defendant. | |

Plaintiff Aasim Nia, T-80306, shall be produced for trial before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:00 a.m. on Wednesday, February 23, 2011, and from day to day until completion of the proceedings or as ordered by the Court.

DATED: February 22, 2011            /s/ Lawrence J. O'Neill
                                    LAWRENCE J. O'NEILL
                                    UNITED STATES DISTRICT JUDGE