

**FILED**

FEB 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA, | Case No. 1:08-cv-00520-LJO-DLB (PC) |
| Plaintiff, | ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WITNESS DANTE CRAIG, INMATE NUMBER T-78833 |
| v. | |
| DERRAL ADAMS, | |
| Defendant. | |

A jury trial was held in this matter February 22, 2011.

Witness Dante Craig, CDC No. T-78833, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison to which he is assigned.

DATED: February 22, 2011

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1