

FEB 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL ADAMS,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:08-cv-00520-LJO-DLB (PC)<br><br>ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WITNESS EDWARD SADDLER, INMATE NUMBER K-81618 |

　　A jury trial was held in this matter February 22, 2011.

　　Witness Edward Saddler, CDC No. K-81618, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison to which he is assigned.

DATED: February 22, 2011　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE