# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ CALIFORNIA

AASIM NIA

V.

DERRAL ADAMS

**EXHIBIT AND WITNESS LIST**

Case Number:  1:08-CV-00520-LJO-DLB (PC)

| PRESIDING JUDGE<br>**LAWRENCE J. O'NEILL** | PLAINTIFF'S ATTORNEY<br>**PRO SE** | DEFENDANT'S ATTORNEY<br>**CONSTANCE PICCIANO** |
|---|---|---|
| TRIAL DATE (S)<br>02/22/2011-02/23/2011 | COURT REPORTER<br>**PEGGY CRAWFORD** | COURTROOM DEPUTY<br>**IRMA LIRA/SERGIO ARELLANO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/22/2011 | | | **Witness 1: Defendant Adams- Sworn/Testified** |
| X | | 2/22/2011 | | | **Witness 2: Edward Saddler- Sworn/Testified** |
| X | | 2/22/2011 | | | **Witness 3: Dante Craig- Sworn/Testified** |
| X | | 2/22/2011 | | | **Witness 4: Plaintiff Nia- Sworn/Testified** |
| | X | 2/22/2011 | | | **Witness 1: Defendant Adams- Resumes Testified** |
| | | 2/23/2011 | | 2/23/2011 | JOINT EXHIBITS ADMITTED |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages