FILED

FEB 23 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL ADAMS,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:08-cv-00520-LJO-DLB (PC)<br><br>ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF AASIM NIA, T-80306 |

A jury trial was held in this matter Tuesday, February 23, 2011.

Plaintiff AASIM NIA, CDC No. T-80306, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison to which he is assigned.

DATED: February 23, 2011

　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE