1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9
10

AASIM NIA,                                    CASE NO. 1:08-CV-00520-LJO-DLB PC

                          Plaintiff,          ORDER DENYING MOTION FOR
11                                            ENFORCEMENT OF JUDGMENT (DOC. 99)

12        v.

DERRAL ADAMS,
13
                          Defendant.
14

15  _____/

16        Plaintiff Aasim Nia ("Plaintiff") is a prisoner in the custody of the California Department

17  of Corrections and Rehabilitation.  Plaintiff was proceeding pro se in a civil rights action

18  pursuant to 42 U.S.C. § 1983.  This action was proceeding against Defendant Derral Adams for

19  violation of the Equal Protection Clause of the Fourteenth Amendment.  On February 23, 2011, a

20  jury verdict was entered in this action against Defendant Adams.  Nominal damages were

21  awarded in the amount of $1.00, and judgment was entered accordingly.  Pending before the

22  Court is Plaintiff's motion, filed June 29, 2011, seeking enforcement of the judgment.

23        Plaintiff contends that he has not received in his prison trust account the $1.00 that was

24  awarded.  The Court does not generally issue orders enforcing judgments simply because a

25  verdict has been rendered.   Plaintiff is required to use the procedures that are available for

26  enforcement of judgment. *See*, *e.g.*, Fed. R. Civ. P. 64 (describing seizure of property for

27  enforcement of judgment, under the law of the state where court is located); Fed. R. Civ. P. 69

28  (describing enforcement of money judgment by writ of execution, in accord with the procedure

1

1    of the state where court is located).

2         Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion for

3    enforcement of judgment, filed June 29, 2011, is DENIED.

4    IT IS SO ORDERED.

5    **Dated:    August 9, 2011**              _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28